# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2913 Disciplinary Docket No. 3 |
| | : |
| MEGHAN MARIE KELLY | : No. 118 DB 2022 |
| | : |
| | : (Supreme Court of Delaware, No. 58, 2022) |
| | : |
| | : Attorney Registration No. 202268 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of February, 2023, upon consideration of the responses to a Notice and Order, Meghan Marie Kelly is transferred to disability inactive status in the Commonwealth of Pennsylvania. Respondent shall comply with all of the provisions of Pa.R.D.E. 217.

Respondent's Application to Dismiss and two subsequent Applications to amend that filing are denied. Respondent's November 15, 2022 Application for Reconsideration of this Court's Order dated November 8, 2022, and Motion to Compel the Acceptance of a Specific Motion dated December 23, 2022, are denied. Respondent's Motion to Supplement the Record dated November 19, 2022, Motion to Supplement Application for Reconsideration dated December 10, 2022, and Motion for Exemption to Serve Paper Copies are granted.